Appeal from Circuit Court, Jefferson County; J. Q. Smith, Judge. Alexander Birch, of Birmingham, for appellant. C. C. Nesmith, of of Birmingham, for appellee.

SAMFORD, J. Affirmed on certificate, on motion of appellee.

(89 South. 924)

BREWER v. STATE. (6 Div. 922.) (Court of Appeals of Alabama. June 30, 1921.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. ·Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. The court have considered the evidence in banc and are of the opinion that petitioner is entitled to bail, to be fixed by the trial judge. Reversed and remanded. See, also, ante, p. 163, 89 South. 841.

(91 South 924)

BRISBONE v. STATE. · (1 Div. 425.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Webb, McAlpine & Grove, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

(91 South 924)

BRIT v. STATE. (6 Div. 958.) (Court of Appeals of Alabama. Oct. 14, 1921.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. E. L. Dodson, of Tuscaloosa, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(88 South. 923)

BROCK v. DUKE & SON. (7 Div. 683.) (Court of Appeals of Alabama. Jan. 13, 1921.) Appeal from Circuit Court, Etowah County; W. J. Martin, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(92 South. 923)

BROCK v. STATE. (6 Div. 980.) (Court of Appeals of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Cullman County; O. Kyle, Judge. Paine Denson, of Cullman, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. There is no bill of exceptions in the record, and the time for filing same has expired. There is no error apparent of record. Affirmed.

(89 South. 924)

BROCKMAN v. ROGERS. (6 Div. 901.) (Court of Appeals of Alabama. July 19, 1921.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Andress & Coffman, of Birmingham, for appellant. Arlie Barber, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

(90 South. 926)

BROCKMAN v. STATE. (7 Div. 734.) (Court of Appeals of Alabama. June 21, 1921.) Appeal from Circuit Court, Calhoun County: A. P. Agee, Judge. P. F. Wharton, of Anniston, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions; no error of record. Affirmed.

(89 South. 925)

BROD v. ROBERTSON. · (7 Div. 706.) (Court of Appeals of Alabama. June 7, 1921.) Appeal from Circuit Court, Etowah County; O. A. Steele, Judge. Inzer, Inzer & Lusk, of Gadsden, for appellant. J. M. Miller, of Gadsden, for appellee.

BRICKEN, P. J. Motion to affirm is granted.

(88 South. 923)

BROWN v. STATE. (6 Div. 837.) (Court of Appeals of Alabama. Dec. 14, 1920.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. A. M. Brown was convicted of assault and battery with a weapon, and he appeals. Affirmed. McEniry & McEniry, of Bessemer, for appellant. J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. The defendant was convicted in the Bessemer division of the Jefferson county circuit court for the offense of assault and battery with a weapon and he appeals. There is no bill of exceptions in the record; the time for filing one having expired. An examination of the entire record discloses that the defendant was legally convicted, and, there appearing no error in the record, the judgment of conviction is affirmed. Affirmed.

(89 South. 925)

BROWN v. STATE. (6 Div. 859.) (Court of Appeals of Alabama. May 10, 1921.) Appeal from Circuit Court, Jefferson County; William Fort, Judge. Grace & Simpson, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of appellant.

(91 South. 924)

BROWN v. STATE. (6 ·Div. 826.) (Court of Appeals of Alabama. Dec. 20, 1921.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

(91 South. 924)

BROWN v. STATE. (6 Div. 925.) (Court of Appeals of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Jefferson County; W. E. Fort, Judge. James Esdale, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. No bill of exceptions, and no error apparent in record. Affirmed.